■ In the Matter of the Claim of LIGIA LAMORETTI, Appellant. JOHN E. SWEENEY, as Commissioner of Labor, Respondent. [631 NYS2d 546] —Appeal from a decision of the Unemployment Insurance Appeal Board, filed May 23, 1994, which, upon reconsideration, adhered to its prior decision ruling that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause.

On its own motion, the Board reopened claimant's case to determine if there had been compliance with the procedural safeguards set forth in the consent judgment in *Municipal Labor Comm. v Sitkin* (79 Civ 5899, 1983 WL 44294). Upon finding no procedural violations, the Board adhered to its prior decision finding that claimant was disqualified from receiving unemployment insurance benefits because she voluntarily left her employment without good cause. In view of claimant's failure to raise any procedural arguments on appeal, we decline to disturb the Board's decision.

Crew III, J. P., White, Casey, Yesawich Jr. and Peters, JJ., concur. Ordered that decision is affirmed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MATHSEN, Appellant. [631 NYS2d 549] —Appeal from a judgment of the County Court of Ulster County (Bruhn, J.), rendered October 14, 1994, convicting defendant upon his plea of guilty of the crime of robbery in the second degree.

We have reviewed the record on appeal and brief submitted by defense counsel and agree that there are no nonfrivolous issues that could be raised by defendant on appeal. Accordingly, the judgment of conviction should be affirmed and defense counsel's application for leave to withdraw granted.

Cardona, P. J., Mikoll, White, Casey and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.